No. 233.  KAAKINEN ET AL. *v.* PEELERS COMPANY. C. A. 9th Cir.  Certiorari denied.  *Robert W. Beach* and *Paul L. O'Brien* for petitioners.  *Ford E. Smith* and *A. Robert Theibault* for respondent.

No. 242.  CARLSON *v.* DICKMAN ET AL.  Supreme Court of Oregon.  Certiorari denied.  *Eugene Gressman, Randall B. Kester* and *Roy F. Shields* for petitioner.  *Leo Pfeffer, Steve Anderson* and *John D. Mosser* for respondents.

No. 243.  ESTATE OF RAU *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.  *Ellsworth T. Simpson* for petitioner.  *Solicitor General Cox, Acting Assistant Attorney General Jones* and *Robert N. Anderson* for respondent.

No. 244.  MAMULA *v.* UNITED STEELWORKERS OF AMERICA ET AL.  C. A. 3d Cir.  Certiorari denied.  *Harry Alan Sherman* for petitioner.  *David E. Feller, Elliot Bredhoff, Jerry D. Anker* and *Ernest G. Nassar* for respondents.

Nos. 245 and 246.  ELGIN, JOLIET & EASTERN RAILWAY Co. *v.* BROTHERHOOD OF RAILROAD TRAINMEN ET AL.  C. A. 7th Cir.  Certiorari denied.  *Paul R. Conaghan* and *Richard B. Ogilvie* for petitioner.  *Burke Williamson, Jack A. Williamson* and *John J. Naughton* for respondents.

No. 254.  NICHOLSON *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  *Harris Gilbert* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.